NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Ochoa,<br><br>      Plaintiff,<br><br>v.<br><br>Ally Financial Incorporated,<br><br>      Defendant. | No. CV-17-04182-PHX-JJT<br><br>**ORDER** |

    UPON review of the parties' Stipulation of Dismissal (Doc. 26), and good cause appearing,

    IT IS ORDERED granting the Stipulation (Doc. 26). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

    IT IS FURTHER ORDERED directing the Clerk to close this matter.

    Dated this 27th day of April, 2018.

Honorable John J. Tuchi
United States District Judge